No. 11–9628. DELGADO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9633. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–9634. STEFANIK v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–9635. BIDWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9636. ABRAHAM v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9638. JACKSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–9639. MELANCON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9643. RAMÍREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9646. CORTEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9647. CAREL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–9652. WILKES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–9654. PELLING v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–178. UNITED STATES ET AL. v. BURKS ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–581. COMMISSIONER OF INTERNAL REVENUE v. DSDBL, LTD., ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.